IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS RAYMOND AYERS,** | : | CIVIL ACTION NO. 1:22-CV-969 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WYOMING COUNTY,** *et al.*, | : | |
| Respondents | : | |

# **ORDER**

AND NOW, this 28th day of June, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus and petitioner's motion (Doc. 4) for release from prison, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

2. Petitioner's motion (Doc. 4) for release from prison is DENIED AS MOOT.

3. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania